Case Number: 05-80782
Debtor Name: CAMPBELL, RONALD LEWIS

Date: February 12, 2010
PROPOSED DISTRIBUTION

**FILED** 2010 FEB 16 PM 2:41
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $1,000.03 |
| | Marc P. Gertz Trustee 11 S. Forge St. Akron OH 44304 | Administrative | 100 | $250.01 | $0.00 | $250.01 | $250.01 | $750.02 |
| | Marc P. Gertz Trustee 11 S. Forge St. Akron OH 44304 | Administrative | 100 | $54.02 | $0.00 | $54.02 | $54.02 | $696.00 |
| | Subtotals For Class Administrative 100.00% | | | $304.03 | $0.00 | $304.03 | $304.03 | |
| 3 | WFS FINANCIAL, INC. P.O. BOX 19657 IRVINE CA 92623-9657 | Unsecured | 300 | $1,573.79 | $0.00 | $1,573.79 | $10.97 | $685.03 |
| 4 | Douglas R. Denny & Sandra M. Kelly Ray, Roninson, Carle, Davies, PLL 1650 East Ohio Building 1717 East Ninth Street Cleveland, OH 44114 | Unsecured | 300 | $5,517.13 | $0.00 | $5,517.13 | $38.46 | $646.57 |
| 6 | LVNV Funding LLC., its successors and assigns, as Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Unsecured | 300 | $3,520.79 | $0.00 | $3,520.79 | $24.54 | $622.03 |
| 7 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | Unsecured | 300 | $1,307.89 | $0.00 | $1,307.89 | $9.12 | $612.91 |
| 8 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | Unsecured | 300 | $1,414.50 | $0.00 | $1,414.50 | $9.86 | $603.05 |
| 9 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | Unsecured | 300 | $472.87 | $0.00 | $472.87 | $3.30 | $599.75 |
| 10 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | Unsecured | 300 | $741.14 | $0.00 | $741.14 | $5.17 | $594.58 |
| 11 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | Unsecured | 300 | $1,723.68 | $0.00 | $1,723.68 | $12.01 | $582.57 |
| 12 | CAPITAL ONE BANK C/O TSYS DEBT MGMT PO BOX 5155 NORCROSS, GA 30091 | Unsecured | 300 | $8,597.29 | $0.00 | $8,597.29 | $59.93 | $522.64 |
| 14 | ECMC ECMC Lockbox 8682 PO Box 75848 St Paul, MN 55175-0848 | Unsecured | 300 | $3,738.60 | $0.00 | $3,738.60 | $26.06 | $496.58 |
| 15 | World Financial Network National Bank The Avenue c/o Weinstein & Riley, P.S. 2101 Fourth Ave., Suite 900 Seattle, WA, 98121 | Unsecured | 300 | $543.49 | $0.00 | $543.49 | $3.79 | $492.79 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 18 | CHASE BANK USA<br>PO BOX 100018<br>KENNESAW, GA 30156-9104 | Unsecured | 300 | $2,673.33 | $0.00 | $2,673.33 | $18.63 | $474.16 |
| 19 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | 300 | $876.46 | $0.00 | $876.46 | $6.11 | $468.05 |
| 20 | eCAST Settlement Corporation,<br>assignee of<br>Metris Receivables, Inc./Direct<br>Merchants Credit Card Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Unsecured | 300 | $2,993.89 | $0.00 | $2,993.89 | $20.87 | $447.18 |
| 21 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | 300 | $450.17 | $0.00 | $450.17 | $3.14 (circled) + | $444.04 |
| 22 | Arrow Financial Services LLC<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | 300 | $201.72 | $0.00 | $201.72 | $1.41 (circled) + | $442.63 |
| 23 | eCAST Settlement Corporation<br>assignee of<br>General ElectricSAMS CLUB<br>CONSUMER<br>PO Box 35480<br>Newark NJ 07193-5480 | Unsecured | 300 | $495.01 | $0.00 | $495.01 | $3.45 (circled) + | $439.18 |
| 24 | eCAST Settlement Corporation<br>assignee of<br>General ElectricJCP CONSUMER<br>PO Box 35480<br>Newark NJ 07193-5480 | Unsecured | 300 | $232.50 | $0.00 | $232.50 | $1.62 (circled) | $437.56 |
| 25 | eCAST Settlement Corporation<br>assignee of<br>General ElectricLOWESRETAIL<br>PO Box 35480<br>Newark NJ 07193-5480 | Unsecured | 300 | $2,119.72 | $0.00 | $2,119.72 | $14.78 | $422.78 |
| 26 | LVNV Funding LLC., its<br>successors and assigns, as<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 300 | $5,370.95 | $0.00 | $5,370.95 | $37.44 | $385.34 |
| 27 | LVNV Funding LLC., its<br>successors and assigns, as<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 300 | $1,967.69 | $0.00 | $1,967.69 | $13.72 | $371.62 |
| 28 | LVNV Funding LLC., its<br>successors and assigns, as<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 300 | $1,461.16 | $0.00 | $1,461.16 | $10.18 | $361.44 |
| 29 | LVNV Funding LLC., its<br>successors and assigns, as<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 300 | $5,120.18 | $0.00 | $5,120.18 | $35.69 | $325.75 |
| 30 | LVNV Funding LLC., its<br>successors and assigns, as<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 300 | $1,506.86 | $0.00 | $1,506.86 | $10.50 | $315.25 |
| 31 | World Financial Network National Bank<br>Levin Furniture | Unsecured | 300 | $5,391.15 | $0.00 | $5,391.15 | $37.58 | $277.67 |

*Handwritten annotations:* $16.71 ; Ck #1030 ; receipt # 81277 ; Pulee-30/10