IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 05-80782

RONALD LEWIS CAMPBELL  CHAPTER 7
DOROTHY CAMPBELL
      Debtor(s)  HON. MARILYN SHEA-STONUM
                                        BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #3    WFS Financial Inc                              $10.97 +
                        PO Box 19657
                        Irvine, CA 92623-9657

    Claim #18   Chase Bank USA                             $18.63
                        PO Box 100018
                        Kennesaw, GA 30156-9104            $29.60

2. Your trustee's check for $29.60 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: June 9, 2010

                                                Marc P. Gertz, #0003808
                                                Chapter 7 Trustee
                                                Goldman & Rosen, Ltd.
                                                11 S. Forge St.
                                                Akron, OH 44304
                                                Phone: 330.376.8336
                                                Fax: 330.376.2522
                                                mpgertz@goldman-rosen.com

*[handwritten: Ck #1031  receipt # 81537]*